UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE SCHAUB, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:15-cv-01443 |
| | ) |
| FOX CHAPEL SEA RAY, INC. | ) |
| | ) |
| Defendant | ) |

**REPORT OF NEUTRAL**

A mediation session was held in the above captioned matter on March 29, 2016.

The case (please check one):

   __X__ has been resolved

   _____ has resolved in part (see below)

   _____ has not been resolved.

The parties request that a follow up conference with the Court should be scheduled within ___ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.


Dated:  March 30, 2016          Signature of Neutral:  /S/ Joel S. Pretz