IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE SCHAUB, | Civil Action |
| Plaintiff, | No. 15-1443 |
| v. | |
| | Judge McVerry |
| FOX CHAPEL SEA RAY, INC. d/b/a FOX CHAPEL MARINE SALES & SERVICE, | |
| Defendant. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1) the parties stipulate to the dismissal of this matter with prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement agreement of the parties.

Respectfully submitted,

| | |
|---|---|
| /S/ Homer L. Walton | /S/ Samuel J. Cordes |
| Homer L. Walton | Samuel J. Cordes |
| Katherine E. Koop | Nicholas A. Krakoff |
| | |
| Pa.I.D. No. 55415 (Walton) | Pa.I.D. No. 54874 (Cordes) |
| Pa.I.D. No. 206432 (Koop) | Pa. I.D. No. 318890 (Krakoff) |
| | |
| Tucker Arensburg, P.C. | Samuel J. Cordes & Associates |
| 1500 One PPG Place | 245 Fort Pitt Boulevard |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15222 |
| (412) 594-5657 | (412) 281-7991 |
| | |
| Attorneys for Defendant | Attorneys for Plaintiff |